**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01545-EWN-PAC

PRISCILLA TAYLOR-GOMEZ,

      Plaintiffs,

v.

ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

Dated this 22nd day of November, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                United States District Judge